DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

13 APRIL 2016

| 073P16 | American Mechanical, Inc. v. Jeffrey L. Bostic, Michael Hartnett, and Joseph E. Bostic, Jr. | Plts' PDR Under N.C.G.S. § 7A-31 (COA15-385; COA15-422; COA15-525) | Denied |
|---|---|---|---|
| 074P16 | Yates Construction Company, Inc. v. Jeffrey L. Bostic, Michael Hartnett, and Joseph E. Bostic, Jr. | | |
| 075P16 | Phillips and Jordan, Inc. v. Jeffrey L. Bostic, Michael Hartnett, and Joseph E. Bostic, Jr. | | |
| 076A16 | Daniel and Lisa Holt, Administrators of the Estate of Hunter Daniel Holt; Steven Grier Price, Individually; Steven Grier Price, Administrator of the Estate of McAllister Grier Furr Price; Steven Grier Price, Administrator of the Estate of Cynthia Jean Furr v. North Carolina Department of Transportation | 1. Plts' Motion to Dismiss Appeal<br><br>2. Plts' Motion to Withdraw Motion to Dismiss Appeal | 1. —<br><br>2. Allowed |
| 080P16 | State v. Raul Oliveros | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA (COA15-411)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot |
| 082P16 | State v. Larry J. Edwards | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Orange County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot<br><br>**Ervin, J., recused** |